Mark G. Tratos (CA Bar No. 175354)
Laraine M.I. Burrell (CA Bar No. 242232)
Tyler R. Andrews (CA Bar No. 250686)
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PART 47, INC., a New York corporation,<br><br>Plaintiff,<br><br>TRAKLOC NORTH AMERICA, LLC, a Delaware limited liability company, and DAVID JABLOW, an individual,<br><br>Defendants. | Case No. 07-CV-2420-LAB-AJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby dismisses the instant action as to Defendants TRACKLOC NORTH AMERICA, LLC, a Delaware limited liability company, and DAVID JABLOW, an individual, without prejudice.

DATED: April 25, 2008.

GREENBERG TRAURIG

/s/Tyler R. Andrews
Mark G. Tratos (CA Bar No. 175354)
Laraine M.I. Burrell (CA Bar No. 242232)
Tyler R. Andrews (CA Bar No. 250686)
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Counsel for Plaintiff